IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACK BELLEW, | |
| Plaintiff, | 4:15-CV-3019 |
| vs. | ORDER |
| NCO FINANCIAL SYSTEMS, INC., et al., | |
| Defendants. | |

The Court has been advised that the parties in this case have settled their claims. Filing 15. Accordingly,

IT IS ORDERED:

1. This case is removed from the Court's trial calendar.

2. On or before September 15, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

3. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

4. The Clerk of the Court shall set a dismissal papers deadline of September 15, 2015.

Dated this 17th day of July, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge